## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-06984-RGK-MAR | Date | April 25, 2024 |
|---|---|---|---|
| Title | *Securities and Exchange Commission v. Pebblekick, Inc. et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) Order to Show Cause Why Defendants' Answer Should Not Be Stricken**

On September 27, 2022, the Securities and Exchange Commission filed a Complaint against Pebblekick, Inc. (a California Corporation), and Pebblekick, Inc. (a Nevada Corporation) (collectively, "Pebblekick"). (ECF No. 1.) On December 5, 2022, Pebblekick filed an Answer. (ECF No. 20.) On August 7, 2023, Pebblekick filed a Notice of Stay of Proceedings, informing the Court that it had commenced Chapter 7 bankruptcy proceedings. (ECF No. 40.) The Court accordingly stayed the proceedings on August 31, 2023. (ECF No. 52.)

On February 14, 2024, Pebblekick's counsel, Markun Zusman and Compton LLP, requested to withdraw from its representation. (ECF No. 60.) On March 18, 2024, following a hearing, the Court granted the request and ordered Pebblekick to retain new counsel within 30 days, warning that if Pebblekick failed to do so, the Court may strike its Answer. (ECF No. 65.)

Pebblekick's deadline to retain new counsel was April 17, 2024. It does not appear from the record that Pebblekick has since retained counsel. Accordingly, the Court **ORDERS** Pebblekick to **SHOW CAUSE IN WRITING** by May 2, 2024, why its Answer should not be stricken. Pebblekick's response shall be no more than five (5) pages in length.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer          JRE/sf