UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-06984-RGK-MAR | Date | August 26, 2024 |
|---|---|---|---|
| Title | *Securities and Exchange Commission v. Pebblekick, Inc. et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause for Lack of Prosecution**

On September 27, 2022, the Securities and Exchange Commission (the "SEC") filed a Complaint against Pebblekick, Inc., a California Corporation, and Pebblekick, Inc., a Nevada Corporation (collectively, "Pebblekick"), as well as Donald Shiroishi and Nancy Williams. (ECF No. 1.) On August 4, 2023, Pebblekick filed for bankruptcy. Subsequently, on August 7, 2023, the Court stayed the action as to Pebblekick, while allowing the action to proceed against Shiroishi and Williams. (ECF No. 41.) On August 30, 2023, Shiroishi and Williams consented to judgments against them, leaving only the stayed proceedings against Pebblekick. (ECF Nos. 50–51.) The Court subsequently ordered the remaining parties to file status reports every 90 days and within 7 days of the conclusion of the bankruptcy proceedings. (ECF No. 52.)

On March 18, 2024, Pebblekick's counsel withdrew. (ECF No. 65.) The Court ordered the withdrawing counsel to notify Pebblekick that they must retain new counsel by April 17, 2024, as entities cannot defend a lawsuit without counsel. However, Pebblekick failed to retain new counsel. On April 25, 2024, the Court issued an Order to Show Cause why the Court should not strike Pebblekick's Answer for failure to retain counsel. (ECF No. 67.) Pebblekick did not respond, so on May 23, 2024, the Court struck its Answer. (ECF No. 68.)

On May 28, 2024, the SEC filed a status report, indicating that it intended to move to lift the stay in this action and seek default judgment Pebblekick. (ECF No. 64.) On August 26, 2024, the SEC filed another status report, indicating that it still intends to move to lift the stay and seek default judgment. However, it is unclear what steps, if any, the SEC has taken towards lifting the stay. Accordingly, the Court **ORDERS** the SEC to **SHOW CAUSE** in writing by September 3, 2024, why the Court should not dismiss this action for lack of prosecution. The SEC's response shall be no more than five (5) pages in length.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:22-cv-06984-RGK-MAR | Date | August 26, 2024 |
|---|---|---|---|
| Title | *Securities and Exchange Commission v. Pebblekick, Inc. et al.* | | |

**IT IS SO ORDERED.**

|   | : |   |
|---|---|---|
| Initials of Preparer | | JRE/sf |