KATHRYN C. WANNER (Cal. Bar No. 269310)
Email:  wannerk@sec.gov
JASMINE M. STARR (Cal. Bar No. 259473)
Email:  starrja@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Katharine E. Zoladz, Regional Director
Brent W. Wilner, Associate Regional Director
Douglas M. Miller, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>       vs.<br><br>PEBBLEKICK, INC., a California Corporation, PEBBLEKICK, INC., a Nevada Corporation, DONALD SHIROISHI, and NANCY WILLIAMS,<br><br>              Defendants. | Case No. 2:22-cv-06984-RGK-MAR<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION TO VOLUNTARILY DISMISS ITS CLAIMS AGAINST PEBBLEKICK, INC., A CALIFORNIA CORPORATION AND PEBBLEKICK, INC., A NEVADA CORPORATION**<br><br>Date:        December 16, 2024<br>Time:       9:00 a.m.<br>Ctrm:       850<br>Judge:      Hon. R. Gary Klausner |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on December 16, 2024, at 9:00 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable R. Gary Klausner, 255 East Temple Street, Courtroom 850 Los Angeles, CA 90012, Plaintiff Securities and Exchange Commission ("SEC"), pursuant to Federal Rule of Civil Procedure 41(a)(2) will and hereby does move the Court to dismiss with prejudice defendants Pebblekick, Inc., a California Corporation and Pebblekick, Inc., a Nevada Corporation (collectively "Pebblekick"). The SEC did not meet and confer with Pebblekick regarding its motion because no counsel has filed an appearance on behalf of Pebblekick since the Court allowed its previous counsel to withdraw and because, as an organization, it must be represented by an attorney in this action. *See* C.D. Cal. L.R. 7-3; 83-2.2.2.

This motion is based on this Notice of Motion and Motion together with the files and records of this entire case and any evidence and/or argument that may be adduced at a hearing held by the Court on this motion.

Dated: November 18, 2024

/s/ *Kathryn C. Wanner*
KATHRYN C. WANNER
JASMINE M. STARR
Attorneys for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION

1

## **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

> U.S. SECURITIES AND EXCHANGE COMMISSION,
> 444 S. Flower Street, Suite 900, Los Angeles, California 90071
> Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On November 18, 2024, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION TO VOLUNTARILY DISMISS ITS CLAIMS AGAINST PEBBLEKICK, INC., A CALIFORNIA CORPORATION AND PEBBLEKICK, INC., A NEVADA CORPORATION** on all the parties to this action addressed as stated on the attached service list:

☒    **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐    **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐    **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐    **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐    **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐    **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒    **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐    **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 18, 2024

*/s/ Kathryn C. Wanner*
Kathryn C. Wanner

*SEC v. Pebblekick Inc., et al.*
**United States District Court—Central District of California**
**Case No. 2:22-cv-06984-RGK-MAR**

## SERVICE LIST

Becky Renfro (via U.S. Mail)
Email: jpringle@rpmlaw.com
13300 Crossroads Pkwy. North, Suite 185
City of Industry, CA 91746
***Trustee Administrator for John P. Pringle (Pebblekick-NV)***

D. Edward Hays (via U.S. Mail)
Email: ehays@marshackhays.com
Laila Masud
Email: lmasud@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620
***Counsel for Trustee Administrator (Pebblekick-CA)***

Gregory A. Rougeau (via U.S. Mail)
Email: grougeau@brlawsf.com
BRUNETTI ROUGEAU LLP
235 Montgomery Street, Suite 830
San Francisco, CA 94104
***Bankruptcy Counsel for Pebblekick Entities (CA & NV)***

Robert D. Mitchell (via CM/ECF)
Tiffany & Bosco, P.A.
Seventh Floor Camelback Esplanade II
2525 E Camelback Road
Phoenix, AZ 85016
rdm@tblaw.com
***Attorney for Donald Shiroishi***

Jason Liang (via CM/ECF)
Liang Ly, LLP
601 South Figueroa St, Ste 1950
Los Angeles, CA 90017
jliang@lianglyllp.com
***Attorney for Nancy Williams***

3